# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| WAYLAN NELSON BAILEY, JR., | § | |
| | § | |
| v. | § | 3:19-cv-2042-S (BT) |
| | § | |
| FRANCISCO FUENTEZ, ET AL. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED November 5, 2020.

_____
UNITED STATES DISTRICT JUDGE